B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Southern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Platinum Properties, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-2011092** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9757 Westpoint Drive, Suite 600**<br>**Indianapolis, IN**<br>ZIP Code **46256** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Marion** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

B1 (Official Form 1)(4/10) Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Platinum Properties, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** <br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)     Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Platinum Properties, LLC** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor  X _____ Signature of Joint Debtor _____ Telephone Number (If not represented by attorney) _____ Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney\*** X _[signature]_ Signature of Attorney for Debtor(s) **Jay Jaffe 5037-98** Printed Name of Attorney for Debtor(s) **Baker & Daniels LLP** Firm Name **600 E. 96th Street, Suite 600** **Indianapolis, IN 46240** Address **317-569-9600  Fax: 317-569-4800** Telephone Number **April 25, 2011** Date *\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address X _____ _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _[signature]_ Signature of Authorized Individual **Steven R. Edwards** Printed Name of Authorized Individual **Chief Financial Officer** Title of Authorized Individual **April 25, 2011** Date | |

Created 2/11/11

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:                                )
                                      )
PLATINUM PROPERTIES, LLC              )
_____        )
                                      )   Case No. _____
_____        )
                                      )
              Debtor                  )

## CORPORATE OWNERSHIP STATEMENT

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows: (Check one box only.)

☐ Debtor is not a "corporation" as defined in 11 U.S.C. §101(9).

☐ Debtor is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 1007(a)(1).

☑ Debtor is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the debtor's equity interests: (List corporations below.)

CD Ventures 1, LLC

The debtor declares under penalty of perjury that this Corporate Ownership Statement is true and correct.

_____
(Signature of Authorized Individual)*

Steven R. Edwards, Chief Financial Officer
_____
(Printed Name of Authorized Individual)

*Note: If filing electronically, use the /s/ electronic signature per our Administrative Procedures Manual.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: PLATINUM PROPERTIES, LLC,          )   Chapter 11
                                          )
_____Debtor._____             )   Case No. 11-

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| | Name of Creditor and Address | Contact Person | Type of Claim | Amount of Claim |
|---|---|---|---|---|
| | **Creditors - Unaffiliated to Debtor** | | | |
| 1 | Duke Construction Limited Partnership<br>600 E. 96th Street, Suite 100<br>Indianapolis, IN 46240 | Mr. James R. Windmiller<br>Duke Realty Corporation<br>600 E. 96th Street, Suite 100<br>Indianapolis, IN 46240<br>317-808-6134 | Unliquidated | $ 31,884,934 |
| 2 | Star Financial Bank<br>3610 River Crossing Parkway<br>Indianapolis, IN 46240 | Ms. Colleen Daniels<br>Star Financial Bank<br>3610 River Crossing Parkway<br>Indianapolis, IN 46240<br>317-566-7394 | Unliquidated | $ 20,966,118 |
| 3 | Harris, N.A.<br>115 South LaSalle Street, 12 West<br>Chicago, IL 60603 | Mr. Jason Nohr<br>BMO Financial Group<br>115 South LaSalle Street\<br>12 West<br>Chicago, IL 60603<br>312-461-5714 | Unliquidated | $ 20,150,658 |
| 4 | RBS Citizens, National Association<br>53 State Street MBS970<br>Boston, MA 02109 | Mr. Christopher L. Hallee<br>RBS Citizens Bank, N.A.<br>53 State Street MBS970<br>Boston, MA 02109<br>617-994-7149 | Unliquidated | $ 17,998,403 |
| 5 | PNC Bank<br>101 W. Washington St., Suite 400S<br>Locator I1-Y013-04-2<br>Indianapolis, IN 46255 | Ms. Muriel E. Stanton<br>PNC Financial Services Group<br>101 W. Washington St.<br>Suite 400S<br>Locator I1-Y013-04-2<br>Indianapolis, IN 46255<br>317-267-6263 | Unliquidated | $ 16,404,630 |

BDDB01 6643002v1

| # | Creditor | Contact | Status | Amount |
|---|---|---|---|---|
| 6 | Christel DeHaan Investment Limited Partnership<br>10 W. Market St., Suite 1900<br>Indianapolis, IN 46204 | Mr. Mark R. Willis<br>10 W. Market St., Suite 1900<br>Indianapolis, IN 46204<br>317-464-2022 | Unliquidated | $11,891,279 |
| 7 | Paul Shoopman and Shelley Shoopman<br>6500 Technology Center Dr., Suite 100<br>Indianapolis, IN 46278 | Mr. Paul Shoopman<br>6500 Technology Center Dr.<br>Suite 100<br>Indianapolis, IN 46278<br>317-733-9810 | Unliquidated | $ 7,712,819 |
| 8 | Indiana Bank & Trust<br>201 S. Capitol Ave., Suite 700<br>Indianapolis, IN 46225 | Mr. Robert Henderson<br>Indiana Bank & Trust<br>201 S. Capitol Ave., Suite 700<br>Indianapolis, IN 46225<br>317-453-2080 | Unliquidated | $ 6,228,737 |
| 8 | Bank of America, N.A.<br>135 South LaSalle Street, Suite 825<br>Chicago, IL 60603 | Mr. E. Connell Hasten<br>Bank of America<br>135 South LaSalle Street<br>Suite 825<br>Chicago, IL 60603<br>312-992-9704 | Unliquidated | $ 5,826,713 |
| 10 | Bond Safeguard Insurance Company<br>c/o HUB International Scheers<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559 | Mr. Donald Burke<br>c/o HUB International Scheers<br>601 Oakmont Lane, Suite 400<br>Westmont, IL 60559<br>708-352-6282 | Contingent | $ 4,933,847 |
| 11 | Pulte Homes of Indiana, LLC<br>11590 N. Meridian St., Ste 530<br>Carmel, IN 46032 | Mr. Anthony Barbee<br>Pulte Homes of Indiana, LLC<br>11590 N. Meridian St., Ste 530<br>Carmel, IN 46032<br>317-575-2350 | Unliquidated | $ 4,000,000 |
| 12 | Paul Shoopman Custom Homes, Inc.<br>6500 Technology Center Dr., Suite 100<br>Indianapolis, IN 46278 | Mr. Paul Shoopman<br>Paul Shoopman Custom Homes, Inc.<br>6500 Technology Center Dr.<br>Suite 100<br>Indianapolis, IN 46278<br>317-733-9810 | Disputed | $ 2,139,416 |
| 13 | First Merchants Bank, N.A.<br>10333 N. Meridian, Suite 350<br>Indianapolis, IN 46290 | Mr. R. Alex Jones<br>First Merchants Bank<br>10333 N. Meridian, Suite 350<br>Indianapolis, IN 46290<br>317-844-2318 | Unliquidated | $ 1,815,513 |
| 14 | EN Loan Group, LLC<br>10 W. Market St., Suite 1900<br>Indianapolis, IN 46204 | Mr. Mark R. Willis<br>EN Loan Group, LLC<br>10 W. Market St., Suite 1900<br>Indianapolis, IN 46204<br>317-464-2022 | Unliquidated | $ 1,574,089 |
| 15 | Paul Shoopman Home Building Group, Inc.<br>6500 Technology Center Dr., Suite 100<br>Indianapolis, IN 46278 | Mr. Paul Shoopman<br>Paul Shoopman Home Building Group, Inc.<br>6500 Technology Dr., Suite 100<br>Indianapolis, IN 46278<br>317-733-9810 | Disputed | $ 1,023,154 |
| 16 | Northern Trust<br>50 South LaSalle Street | Northern Trust<br>Commercial Loan Services | Unliquidated | $ 1,002,222 |

| | | | | | |
|---|---|---|---|---|---|
| | Chicago, IL 60675 | 50 South LaSalle Street<br>Chicago, IL 60675<br>317-444-4744 | | | |
| 17 | Palmer Properties, LLC<br>2929 S. Holt Rd.<br>Indianapolis, IN 46241 | Mr. Jeffrey L. Curry<br>Palmer Properties, LLC<br>2929 S. Holt Rd.<br>Indianapolis, IN 46241<br>317-247-8421 | Unliquidated | $ | 598,631 |
| 18 | KB Homes Indiana, Inc.<br>5740 Decatur Boulevard<br>Indianapolis, IN 46241 | KB Homes Indiana, Inc.<br>5740 Decatur Boulevard<br>Indianapolis, IN 46241 | Unliquidated | $ | 500,000 |
| 19 | James J. and Jane A. Nelson<br>4861 Keswick Way<br>Naples, FL 34105 | James J. Nelson<br>4861 Keswick Way<br>Naples, FL 34105 | Unliquidated | $ | 428,597 |
| 20 | R.L. Wilfong II Charitable Remainder Unitrust<br>17830 Casey Road<br>Westfield, IN 46074 | Mr. Ralph L. Wilfong II<br>R.L. Wilfong II Charitable Remainder Unitrust<br>17830 Casey Road<br>Westfield, IN 46074 | Unliquidated | $ | 372,034 |

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: April 25, 2011          By:  _____
                                   Steven R. Edwards, Chief Financial Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: PLATINUM PROPERTIES, LLC,   ) Chapter 11
                                   )
           Debtor.                 ) Case No. 11-

## LIST OF SECURED CREDITORS – CHAPTER 11

| # | Name of Creditor and Address | Contact Person | Collateral | Amount of Claim |
|---|---|---|---|---|
| 1 | Arbor Homes, LLC<br>6666 E. 75th Street, Suite 400<br>Indianapolis, IN 46250 | Mr. Curtis A. Rector<br>6666 E. 75th Street, Suite 400<br>Indianapolis, IN 46250<br>317-842-1875 | Maple Knoll - Sonoma section 5 | $666,341 |
| 2 | Bank of America<br>135 South LaSalle Street, Suite 825<br>Chicago, IL 60603 | Mr. E. Connell Hasten<br>135 South LaSalle Street<br>Suite 825<br>Chicago, IL 60603<br>312-992-9704 | Maple Knoll (excluding Maple Knoll sections 4A and 4B; and excluding Sonoma section 5) | $11,554,014 |
| 3 | First Internet Bank<br>9200 Keystone Crossing, Suite 800<br>Indianapolis, IN 46240 | Mr. Michael E. Lewis<br>9200 Keystone Crossing<br>Suite 800<br>Indianapolis, IN 46240<br>317-633-0929 ext. 2100 | Bellewood and Countryside | $212,144 |
| 4 | Indiana Bank & Trust<br>201 S. Capitol Ave., Suite 700<br>Indianapolis, IN 46225 | Mr. Robert Henderson<br>201 S. Capitol Ave., Suite 700<br>Indianapolis, IN 46225<br>317-453-2080 | Abney Glen | $3,598,135 |
| 5 | Indiana Bank & Trust<br>201 S. Capitol Ave., Suite 700<br>Indianapolis, IN 46225 | Mr. Robert Henderson<br>201 S. Capitol Ave., Suite 700<br>Indianapolis, IN 46225<br>317-453-2080 | Mt. Vernon Trails | $2,455,507 |
| 6 | Hamilton County Treasurer<br>33 N. 9th Street, Suite 112<br>Noblesville, IN 46060 | Hamilton County Treasurer<br>33 N. 9th Street, Suite 112<br>Noblesville, IN 46060 | Long Ridge Estates | $35,570 |
| 7 | Hancock County Treasurer<br>111 American Legion Pl., Suite 205<br>Greenfield, IN 46140-2371 | Hancock County Treasurer<br>111 American Legion Pl., Suite 205<br>Greenfield, IN 46140-2371 | Mt. Vernon Trails real estate | $11,909 |
| 8 | Christel DeHaan Revocable Trust<br>10 W. Market St., Suite 1900<br>Indianapolis, IN 46204 | Mr. Mark R. Willis<br>10 W. Market St., Suite 1900<br>Indianapolis, IN 46204<br>317-464-2022 | Maple Knoll | $2,201,413 |
| 9 | MK Investment Group, LLC<br>10 W. Market St., Suite 1900<br>Indianapolis, IN 46204 | Mr. Mark R. Willis<br>10 W. Market St., Suite 1900<br>Indianapolis, IN 46204<br>317-464-2022 | Maple Knoll | $1,216,402 |

BDDB01 6643849v1

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: April 25, 2011        By: _____
                                 Steven R. Edwards, Chief Financial Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

In re: PLATINUM PROPERTIES, LLC,  ) Chapter 11
                                  )
_____Debtor._____ ) Case No. 11-

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of interest |
|---|---|---|---|
| Paul F. Rioux, Jr.<br>9757 Westpoint Drive, Suite 600<br>Indianapolis, IN 46256 | Common | 40 | Capital Stock |
| Steven R. Edwards<br>9757 Westpoint Drive, Suite 600<br>Indianapolis, IN 46256 | Common | 20 | Capital Stock |
| Kenneth R. Brasseur<br>9757 Westpoint Drive, Suite 600<br>Indianapolis, IN 46256 | Common | 10 | Capital Stock |
| CD Ventures 1, LLC<br>1990 Market Tower<br>10 W Market Street<br>Indianapolis, IN 46204 | Common | 15 | Capital Stock |

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: April 25, 2011          By: _____/s/ Steven R. Edwards_____
                              Steven R. Edwards, Chief Financial Officer

## United States Bankruptcy Court
### Southern District of Indiana

In re   Platinum Properties, LLC                             Case No.
                               Debtor(s)                     Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: April 25, 2011

Steven R. Edwards/Chief Financial Officer
Signer/Title

```
                          creditor matrix Platinum Properties.txt
Arbor Homes, LLC
6666 E. 75th Street, Suite 400
Indianapolis, IN 46250

Bank of America
135 South LaSalle Street, Suite 825
Chicago, IL 60603

First Internet Bank
9200 Keystone Crossing, Suite 800
Indianapolis, IN 46240

Indiana Bank & Trust
201 S. Capitol Ave., Suite 700
Indianapolis, IN 46225

Christel DeHaan Revocable Trust
10 W. Market St., Suite 1900
Indianapolis, IN 46204

MK Investment Group, LLC
10 W. Market St., Suite 1900
Indianapolis, IN 46204

Star Financial Bank
3610 River Crossing Parkway
Indianapolis, IN 46240

Harris, N.A.
115 South LaSalle Street, 12 West
Chicago, IL  60603

RBS Citizens, National Association
53 State Street MBS970
Boston, MA  02109

Duke Construction Limited Partnership
600 E. 96th Street, Suite 100
Indianapolis, IN 46240

PNC Bank
101 W. Washington St., Suite 400S
Locator I1-Y013-04-2
Indianapolis, IN 46255

Paul Shoopman and Shelley Shoopman
6500 Technology Center Dr., Suite 100
Indianapolis, IN 46278

Bond Safeguard Insurance Company
c/o HUB International Scheers
601 Oakmont Lane, Suite 400
Westmont, IL  60559

Paul Shoopman Custom Homes, Inc.
6500 Technology Center Dr., Suite 100
Indianapolis, IN 46278

First Merchants Bank, N.A.
10333 N. Meridian, Suite 350
Indianapolis, IN  46290

Bloomfield State Bank
                                      Page 1
```

```
                    creditor matrix Platinum Properties.txt
48 N. Washington St.
Bloomfield, IN 47424

Paul Shoopman Home Building Group, Inc.
6500 Technology Center Dr., Suite 100
Indianapolis, IN 46278

Northern Trust
50 South LaSalle Street
Chicago, IL  60675

Pulte Homes of Indiana, LLC
11590 N. Meridian St., Ste 530
Carmel, IN 46032

Palmer Properties, LLC
2929 S. Holt Rd.
Indianapolis, IN  46241

KB Homes Indiana Inc.
5740 Decatur Boulevard
Indianapolis, IN  46241

James J. Nelson and Jane A. Nelson
4861 Keswick Way
Naples, FL  34105

Crosspoint Partners VIII, LLC
9800 Westpoint Dr., Suite 200
Indianapolis, IN 46256

ITC Acceptance Company
2929 S. Holt Rd.
Indianapolis, IN  46241

Westfield/Washington Township
School Corporation
18420 N. Union St.
Westfield, IN  46074

RH of Indiana, L.P.
9025 N. River Rd., Suite 100
Indianapolis, IN 46240

Beazer Homes Indiana, LLP
9202 N. Meridian St., Suite 300
Indianapolis, IN 46260

Baptist Homes of Indiana, Inc.
5300 W. 96th St.
Indianapolis, IN  46268

Fischer Single Family Homes II, LLC
11097 Lexi Lane
Fortville, IN  46040

Woodhold Properties, LLC
902 N. Capitol Ave.
Indianapolis, IN  46204

Pittman Partners, Inc.
12400 N. Meridian St., Suite 160
Carmel, IN 46032
                                     Page 2
```

```
                    creditor matrix Platinum Properties.txt
Weihe Construction, Inc.
15215 Stony Creek Way
Noblesville, IN 46060

Hittle Landscaping, Inc.
17778 Sun Park Dr.
Westfield, IN 46074

Reith-Riley Construction Co., Inc.
1751 W. Minnesota St.
Indianapolis, IN 46221

Weihe Engineers
10505 N. College Ave.
Indianapolis, IN 46280

HUB International Scheers
601 Oakmont Lane, Suite 400
Westmont, IL 60559

Earth Resources
7210 S. State Road 267
Lebanon, IN 46052

Richard E. Hennessey
902 N. Capitol Ave.
Indianapolis, IN 46204

Karns, Inc.
4352 W. 96th St.
Indianapolis, IN 46268

Edgewave
15333 Avenue of Science
San Diego, CA 92128

Eastern Engineering Supply
9901 Allisonville Road
Fishers, IN 46038

Christel DeHaan Investment Limited Partnership
10 W. Market St., Suite 1900
Indianapolis, IN 46204

EN Loan Group, LLC
10 W. Market St., Suite 1900
Indianapolis, IN 46204

Timothy E. DeHaan
55 Raintree Drive
Zionsville, IN 46077

R.L. Wilfong II Charitable Remainder Unitrust
17830 Casey Road
Westfield, IN 46074

James J. Nelson IRA Trust
4861 Keswick Way
Naples, FL 34105

Farra & Co., L.P.
One Indiana Square, Suite 2254
                                           Page 3
```

```
                    creditor matrix Platinum Properties.txt
Indianapolis, IN  46204

Hamilton County Treasurer
33 N. 9th Street, Suite 112
Noblesville, IN 46060

Hancock County Treasurer
111 American Legion Pl., Suite 205
Greenfield, IN 46140-2371

Great American Leasing COrp.
PO Box 660831
Dallas, TX  75266-0831

Sprint PCS
PO Box 740219
Cincinnati, OH 45274-021

Duke Energy
PO BOx 1326
Charlotte, NC   28201-1326

Cincinnati Bell
PO Box 748001
Cincinnati, OH 45274-8001

Pitney Bowes Global Financial Services
PO Box 856460
Louisville, KY  40285-6460

Braden Business Systems
9430 Priority Way West Drive
Indianapolis, IN  46240

Vectren
PO Box 6248
Indianapolis, IN  46206-6248

Public Storage
9915 Allisonville Rd
Fishers, IN  46038-2003

RJW Enterprises, Inc.
10771 Morristown Ct
Carmel, IN  46032

Ice Mountain
P.O. Box 856680
Louisville, KY  40285-6680

Office Depot Credit Plan
Dept 56-423369078
PO Box 9020
Des Moines, IA  50368-9020

Herman & Kittle Properties, Inc.
500 East 96th St., Suite 300
Indianapolis, IN  46240

Commons at Spring Mill, L.P.
2445 N. Meridian St.
Indianapolis, IN  46208

                                        Page 4
```

```
                      creditor matrix Platinum Properties.txt
Abney Glen Homeowners Association, Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Bellewood Homeowners Association, Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Townhomes at Countryside Homeowners
Association, Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Maple Knoll Homeowners Association, Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Sonoma Homeowners Association, Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Sonoma Independence Series at Sonoma
Lot Maintenance Association, Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Eagles Nest Homeowners Association
Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Ridge at Hayden Run Homeowners
Association, Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Sanctuary at 116th Street Homeowners
Association, Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

The Estates at The Sanctuary
Homeowners Association, Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Sanctuary at 121st Street Homeowners
Association, Inc.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

M/I Homes of Indiana, L.P.
8500 Keystone Crossing, Suite 190
Indianapolis, IN  46240

Eagletown Crossing, LLC
17830 Casey Road
Westfield, IN 46074

BCI Holdings, LLC
13418 Britton Park Rd.
Fishers, IN  46038

                                    Page 5
```

creditor matrix Platinum Properties.txt

ES Holdings, LLC
13418 Britton Park Rd.
Fishers, IN  46038

City of Carmel
One Civic Center
Carmel, IN  46032

Town of Westfield
2706 E. 171st St.
Westfield, IN 46074

Town of Fortville
714 E. Broadway
Fortville, IN  46040

Town of Zionsville
1100 W. Oak St.
Zionsville, IN  46077

Manley Finish Grading
7437 W. Baton Circle
New Palestine, IN 46163

Stoeppelwerth & Associates, Inc.
7965 E. 106th St.
Fishers, IN  46038

Snider Group
10890 Andrade Dr.
Zionsville, IN  46077

Mainscape Landscaping
13418 Britton Park Rd.
Fishers, IN  46038

Personal Investments, LLC
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Paul F. Rioux, Jr.
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Steven R. Edwards
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Kenneth R. Brasseur
9757 Westpoint Dr., Suite 600
Indianapolis, IN  46256

Sonoma, LLC
6666 E. 75th Street, Suite 400
Indianapolis, IN 46250

CD Ventures 1, LLC
1990 Market Tower
10 W Market Street
Indianapolis, IN  46204