UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In re: PLATINUM PROPERTIES, LLC, <br><br>　　　　Debtor. | Chapter 11 <br><br> Case No. 11-05140-BHL-11 <br> Jointly Administered |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Christel DeHaan, as Trustee of the Christel DeHaan Declaration of Trust Dated December 31, 1992, as Amended and Restated ("Transferee"), and pursuant to Rule 3001(e)(1) of the Federal Rules of Bankruptcy Procedure, hereby notifies the Court that it is the transferee of a claim by the Northern Trust Company ("Transferor") against the Debtor, Platinum Properties, LLC. A proof of claim has not yet been filed by either the Transferee or the Transferor. The Transferee intends to file a proof of claim shortly after the filing of this notice.

Transferee requests that any notices and payments on account of this claim be sent to the following address:

    Christel DeHaan, as Trustee of the Christel DeHaan Declaration of Trust Dated
    December 31, 1992, as Amended and Restated
    c/o ICE MILLER LLP; Attn: Roberto Ramirez
    One American Square, Suite 2900
    Indianapolis, IN 46282-0200

                              Respectfully submitted,

                              /s/ Roberto A. Ramirez
                              Roberto A. Ramirez
                              ICE MILLER LLP
                              One American Square, Suite 2900
                              Indianapolis, IN 46282-0200
                              Telephone: (317) 236-2100
                              Facsimile: (317) 592-4626
                              Roberto.ramirez@icemiller.com
                              *Counsel for Christel DeHaan, as trustee for the*
                              *Christel DeHaan Declaration of Trust dated*
                              *December 31, 1992, as Amended and Restated*

- 1 -

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2011, a copy of the foregoing Notice of Transfer of Claim Other Than For Security (the "Notice") was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

Kayla D. Britton
Kayla.britton@bakerd.com

Shiv Ghuman O'Neill
Shiv.oneill@bakerd.com

Alan K. Mills
Alan.mills@btlaw.com

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Mark R. Owens
mowens@btlaw.com

Kevin Alonzo Morrissey
kmorrissey@lewis-kappes.com

David J. Jurkiewicz
DJurkiewicz@boselaw.com

Elliot D. Levin
edl@rubin-levin.net

David M. Bullington
dbullington@hopperblackwell.com

Mark Douglas Rasmussen
rasmusse@chapman.com

James S. Kowalik
jsk@hostetler-kowalik.com

Jennifer A. Pearcy
Jennifer.pearcy@bakerd.com

Jay Jaffe
Jay.jaffee@bakerd.com

Brandt N. Hardy
bhardy@plunkettcooney.com

Charles R. Wharton
Charles.R.Wharton@usdoj.gov

Howard Russell Cohen
hcohen@fbtlaw.com

John R. Humphrey
jhumphrey@taftlaw.com

James P. Moloy
jmoloy@boselaw.com

George W. Hopper
ghopper@hopperblackwell.com

Jeremy Daniel Schrieber
jschreib@chapman.com

Nick J. Cirignano
ncirignano@zsws.com

      By: /s/ Roberto A. Ramirez
           Roberto A. Ramirez

Ice Miller LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100

I/2630926.1