# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF Southern Indiana

# Minute Entry/Order

### Hearing Information:

**Debtor:** PLATINUM PROPERTIES, LLC
**Case Number:** 11-05140-BHL-11   **Chapter:** 11
**Date / Time / Room:** TUESDAY, NOVEMBER 01, 2011 02:30 PM   IP 310
**Bankruptcy Judge:** BASIL H. LORCH
**Courtroom Clerk:** RHONDA ANDIS
**Reporter / ECR:** NIKKO RATLIFF

### Matter:

Hearing on Motion to Settle under Fed.R.Bankr.P. 9019 filed by Kayla D. Britton on behalf of Debtor Platinum Properties, LLC. [248]

**R / M #:**   248 / 0

### Appearances:

JAY JAFFE, ATTORNEY FOR PLATINUM PROPERTIES, LLC
KAYLA D. BRITTON, ATTORNEY FOR PLATINUM PROPERTIES, LLC
CHARLES R. WHARTON, ATTORNEY FOR U.S. TRUSTEE (telephonically)
JIM CARLBERG, ATTORNEY FOR FALCON NEST

### Proceedings:

Disposition: Hearing held. Mr. Jaffe reports that settlement has been reached and states terms of settlement on the record. Order to be submitted.

**IF COUNSEL HAS BEEN DIRECTED BY THE COURT TO SUBMIT AN ORDER BASED ON THE COURT'S RULING OR THE PARTIES' AGREEMENT, THEN NO FURTHER NOTICE OR REMINDER WILL BE ISSUED. THE COURT WILL NOT KEEP A CASE OPEN SOLELY BECAUSE THE ORDER WAS NOT SUBMITTED WITHIN THE TIME PERIOD DIRECTED BY THE COURT. IN SUCH INSTANCE, A REOPENING FEE WILL APPLY.**